UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

BRIAN TOTIN,

                              22-cv-9392 (JGK)

              Plaintiff,

                              ORDER

    - against -

AARON MERIDY, ET AL.,

             Defendants.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **January 3, 2023.**

SO ORDERED.

Dated:    New York, New York
            December 7, 2022

                                         _____
                                           John G. Koeltl
                                   United States District Judge