UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRIAN TOTIN,
                Plaintiff,

                                                      22 civ 9392 (JGK)

    -against-

AARON MERIDY and BROWN HARRIS
STEVENS RESIDENTIAL SALES, LLC,
                Defendants.
-----------------------------------------------------------X

## ORDER

A scheduling order issued on January 4, 2023,

The Conference scheduled for February 14, 2023 at 3:00pm is canceled.

The Clerk is directed to mail a copy of this order to the plaintiff, at: P.O. Box 230581; New York, New York 10023.

**SO ORDERED.**

                                                                  JOHN G. KOELTL
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 24, 2023