UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN TOTIN,

             Plaintiff,           22-cv-9392 (JGK)

  - against -             ORDER

AARON MERIDY, ET AL.,

             Defendants.

---

    The summons and complaint were served on both defendants, Aaron Meridy and Brown Harris Stevens Residential Sales, LLC ("BHSRS"), on January 3, 2023 (ECF Nos. 10, 11). Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was on January 24, 2023. However, only defendant BHSRS answered the complaint and participated in submitting the Rule 26(f) report approved by the Court (ECF Nos. 6, 8, 9).

    Accordingly, the time for defendant Meridy to respond to the complaint is extended to **February 15, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against that defendant. If defendant Meridy does appear to defend the action, the deadlines set forth in the existing civil scheduling order (ECF No. 9) will apply to defendant Meridy as well.

    SO ORDERED.

Dated:    New York, New York
           February 1, 2023

                                            John G. Koeltl
                                     United States District Judge