UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                Plaintiff,

-v-

AARON MERIDY and BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 9392 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for Settlement. (ECF No. 17). By **April 19, 2023**, each Defendant shall file a letter advising the Court as to their interest in a settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Brian Totin and Defendant Aaron Meridy at the below addresses.

Dated:     New York, New York
           April 12, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

Mail to:

Brian Totin
P.O. Box 230581
New York, NY 10023

Aaron Meridy
145 East 36th Street
#B
New York, NY 10016