UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

                Plaintiff,

  -v-

AARON MERIDY and BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 9392 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Tuesday, May 23, 2023 at 2:00 pm** on the Court's conference line to discuss scheduling a settlement conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff Brian Totin and Defendant Aaron Meridy at the below addresses.

Dated:    New York, New York
            April 19, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to:

Brian Totin
P.O. Box 230581
New York, NY 10023

Aaron Meridy
145 East 36th Street
#B
New York, NY 10016