UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOTIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC and AARON MERIDY,<br><br>　　　　　　　　　　Defendants. | 22-CV-9392 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

　　This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at** https://nysd.uscourts.gov/hon-jessica-g-l-clarke.

　　It is hereby ORDERED that counsel for all parties appear for a conference with the Court on **July 25, 2023** at **2:30 p.m.** The conference will be held before Judge Clarke in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss the discovery disputes referenced in Plaintiff's June 12, 2023 Letter (Dkt. 22).

　　In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or conference. The written submission must state (1) the original date and the new date requested; (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reason for the extension or adjournment; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent; and (6) to the extent applicable, the date of the parties' next scheduled appearance before the Court. Unless counsel are notified that a conference has been adjourned, it will be held as scheduled.

Dated: July 18, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge