UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN TOTIN                                        Civil Action: 1: 22-cv-9392 (JGLC) (SLC)

      Plaintiff,            **STIPULATION OF DISMISSAL**
                           **WITH PREJUDICE**
 -against-

BROWN HARRIS STEVENS
RESIDENTIAL SALES, LLC
and AARON MERIDY,
      Defendants.

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff Brian Totin and Defendant Aaron Meridy that the above captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as against Aaron Meridy only, with each party to bear their own costs. This stipulation shall be filed by plaintiff.

Dated: July 24, 2023

*[signature]*                                         *Nicholas Loaknauth*
By: Aaron Meridy                                      By: Nicholas Loaknauth (NL0880)
*Defendant Pro Se*                                    *Attorney for Plaintiff BRIAN TOTIN*
145 East 36th Street Apt B                            1460 Broadway
New York, NY 10016                                    New York, NY 10036
ari.meridy@gmail.com                                  Tel: (212) 641-0745
                     nick@loaknauthlaw.com

The parties' Stipulation of Dismissal with Prejudice is APPROVED. The Clerk of Court is hereby directed to terminate Defendant Aaron Meridy from the above captioned action.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 14, 2023
   New York, New York