Outlook

Re: Totin v. Brown Harris Stevens Residential Sales, LLC, No. 1:22-cv-09392-JGLC-SLC

| | |
|---|---|
| From | Andrew P. Saulitis <apslaw@msn.com> |
| Date | Thu 1/9/25 8:00 AM |
| To | ClarkeNYSDChambers@nysd.uscourts.gov <ClarkeNYSDChambers@nysd.uscourts.gov> |
| Cc | sophia_tran@nysd.uscourts.gov <sophia_tran@nysd.uscourts.gov>; Nicholas Loaknauth <nick@loaknauthlaw.com> |

Dear Judge Clarke:

I represent the defendant, Brown Harris Stevens Residential Sales, LLC.

With reference to Docket Text Order dated January 8, 2025, regarding defendant's exhibit list filed December 30, 2024 (ECF No. 62): Well prior to its submission date, we tendered defendant's exhibit list to plaintiff's attorney on December 11, 2024 in the format called for by Item 1(f) of the Court's Individual Trial Rules and Procedures, asking that he indicate any objections on columns (3) and (4). We received no objections to any of the listed exhibits over the next nearly three weeks. We provided the same list on December 30, 2024, before filing, and again received no objections, and filed it accordingly. It remains our understanding that plaintiff does not have objections to the admission of the listed exhibits. I trust that this clarifies the manner in which the exhibit list was filed.

Respectfully yours,

**Andrew P. Saulitis**
**Law Offices of Andrew P. Saulitis P.C.**
**40 Wall Street-37th Floor**
**New York, New York 10005**
**tel (212) 459-0900**
**efax (646) 219-3066**
**mobile (917) 202-4400**
**email apslaw@msn.com**
**Zoom Link**

**In the post-COVID world, we have adapted our law practice to a hybrid "virtual" and office-based environment. To ensure the most efficient and timely receipt and response to communications, please transmit written communications via email, as our immediate access to mailed/overnighted communications may be delayed. Also, please use the mobile number above to best reach us by telephone. Thank you.**